# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| KBC ASSET MANAGEMENT NV, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>3D SYSTEMS CORPORATION, ABRAHAM N. REICHENTAL, DAMON J. GREGOIRE, and TED HULL,<br><br>　　　　　　　　　Defendants. | Civil Action No. 0:15-cv-02393-MGL<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

PLEASE TAKE NOTICE that Lead Plaintiff, KBC Asset Management NV, on behalf of itself and the Settlement Class, will move this Court, at a date and time to be set by the Court, for an order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) preliminarily approving the proposed class action settlement on the terms set forth in the Stipulation of Settlement, dated February 14, 2018 ("Stipulation"); (b) certifying the Settlement Class for settlement purposes; (c) approving the proposed methods of disseminating notice to the Settlement Class; (d) setting a date for the final settlement hearing; and (e) such other and further relief as this Court deems just and proper. Pursuant to Local Rule 7.02, counsel for Lead Plaintiff certifies that they have consulted with Defendants' counsel and that there is no objection to this motion.

This motion is based on the Stipulation and related settlement exhibits; the accompanying memorandum of law in support thereof; all of the prior pleadings in this Litigation; and such additional evidence or argument as may be presented to or required by the Court.

A proposed Order Preliminarily Approving Settlement and Providing for Notice is also submitted herewith.

DATED: February 15, 2018

Respectfully submitted,

MOTLEY RICE LLC
JAMES M. HUGHES (D.S.C. Bar No. 66444)

*s/ James M. Hughes*
JAMES M. HUGHES

JAMES M. HUGHES (D.S.C. 5990)
MARLON E. KIMPSON (D.S.C. 7487)
JOSHUA C. LITTLEJOHN (D.S.C. 10426)
CHRISTOPHER F. MORIARTY (D.S.C. 11342)
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
jhughes@motleyrice.com
mkimpson@motleyrice.com
jlittlejohn@motleyrice.co,
cmoriarty@motleyrice.com


ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (*pro hac vice*)
ROBERT J. ROBBINS (*pro hac vice*)
ELIZABETH A. SHONSON (*pro hac vice*)
KATHLEEN B. DOUGLAS (*pro hac vice*)
ANDREW T. REES (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com
eshonson@rgrdlaw.com
kdouglas@rgrdlaw.com
arees@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiff

3