**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| KBC ASSET MANAGEMENT NV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>3D SYSTEMS CORPORATION, ABRAHAM N. REICHENTAL, DAMON J. GREGOIRE, and TED HULL,<br><br>Defendants. | ) | Civil Action No. 0:15-cv-02393-MGL<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

Lead Plaintiff KBC Asset Management NV, on behalf of the Settlement Class, through counsel, will move this Court on June 25, 2018, at 11:00 a.m., before the Honorable Mary Geiger Lewis, for entry of orders, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the settlement; and (2) approving the proposed Plan of Allocation. This motion is based on: (i) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; (ii) the Joint Declaration of Christopher F. Moriarty and Jack Reise in Support of: (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (2) Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of Alexander P. Villanova; (iv) the Declaration of Lead Plaintiff; (v) the Stipulation of Settlement; and (vi) all other proceedings herein.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before June 11, 2018.

DATED: May 11, 2018

Respectfully submitted,

MOTLEY RICE LLC
JOSHUA C. LITTLEJOHN

*/s/ Joshua C. Littlejohn*
JOSHUA C. LITTLEJOHN

JAMES M. HUGHES (D.S.C. 5990)
MARLON E. KIMPSON (D.S.C. 7487)
JOSHUA C. LITTLEJOHN (D.S.C. 10426)
CHRISTOPHER F. MORIARTY (D.S.C. 11342)
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jhughes@motleyrice.com
mkimpson@motleyrice.com
jlittlejohn@motleyrice.co,
cmoriarty@motleyrice.com

ROBBINS GELLER RUDMAN
& DOWD LLP
JACK REISE (*pro hac vice*)
ROBERT J. ROBBINS (*pro hac vice*)
ELIZABETH A. SHONSON (*pro hac vice*)
KATHLEEN B. DOUGLAS (*pro hac vice*)
ANDREW T. REES (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com
eshonson@rgrdlaw.com
kdouglas@rgrdlaw.com
arees@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiff